UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IBRAHIM FUDOL individually and on behalf of all others similarly situated,

Plaintiff,

-v-

CRAST INC. D/B/A AFC HOME WARRANTY,

Defendant.

26-CV-06354 (JAV)

ORDER

JEANNETTE A. VARGAS, United States District Judge:

On **July 31, 2026**, Defendant was served with the Complaint, and proof of service was filed with the Court. *See* ECF No. 5. To date, Defendant has failed to appear in this action. No later than **October 5, 2026**, Plaintiff shall submit a letter addressing whether Plaintiff has had any contact with Defendant or if it has any other reason to believe that Defendant has actual notice of this lawsuit.

Plaintiff shall serve a copy of this Order electronically and/or by first-class mail on Defendant **within two business days from the date of this Order** and shall file proof of such service **within three business days of the date of this Order**.

SO ORDERED.

Dated: September 28, 2026
New York, New York

JEANNETTE A. VARGAS
United States District Judge